IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No: 2:14-cr-20178-SHM |
| ) | |
| JERRY W. DENNIS, ) | |
| ) | |
| Defendant. ) | |

FILED IN OPEN COURT
DATE: 7/16/14
TIME: _____
INITIALS: _____

## CONSENT ORDER OF FORFEITURE

**WHEREAS**, a plea agreement was filed with this Court and signed by defendant Jerry W. Dennis ("Defendant") and his counsel, Michael J. Stengel, Esq., in which Defendant agreed to plead guilty to a felony violation charged in a Criminal Information in this case, that is, conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h), and pursuant to the defendant's plea, Defendant agreed to forfeit all of Defendant's interest in the property;

**WHEREAS**, the Information also alleged the forfeiture of a money judgment against Defendant in favor of the United States for $110,000, which represents a sum of money involved in the offense of conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h);

**WHEREAS**, in his plea agreement, Defendant expressly agreed and consented to the entry of an order of forfeiture, pursuant to Fed. R. Crim. P. 32.2(b)(2), forfeiting all rights, title and interest of any nature in property subject to forfeiture pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 982(a)(1), including the entry of a money judgment against defendant in the amount of $110,000 as an amount representing the

property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of the offense of conspiracy to commit money laundering; and

**WHEREAS**, the Court has determined, based on the evidence set forth in the plea agreement and during Defendant's guilty plea that: (1) entry of a money judgment against Defendant in favor of the United States for $110,000 is appropriate because this amount is subject to forfeiture pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 982(a)(1); and (2) that the Government has established the requisite connection between the amount of the money judgment and a violation of Title 18, United States Code, Section 1956(h);

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1. The Defendant shall forfeit to the United States the sum of $110,000 in the form of a money judgment representing the property involved in the offense to which the Defendant has pleaded guilty, pursuant to 18 U.S.C. § 982(a)(1), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), to be disposed of in accordance with law.

2. The Attorney General or a designee is hereby authorized to seize, inventory, and otherwise maintain custody and control of the property ordered forfeited, whether held by Defendant or a third party, and to conduct any discovery proper in identifying, locating or disposing of the property subject to forfeiture, pursuant to Fed. R. Crim. P. 32.2(b)(3).

3. The United States may take steps to collect said judgment by all available means, including but not limited to the forfeiture of property traceable to the proceeds of the offense or property that is a substitute for such property.

Dated this 16th day of July, 2014.

s/ *Samuel H. Mays, Jr.*
_____
HONORABLE SAMUEL H. MAYS, JR.
JUDGE, UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

WE ASK FOR THIS:

EDWARD L. STANTON III
United States Attorney

JEFFREY H. KNOX
Chief, Fraud Section, Criminal Division
U.S. Department of Justice

By: _____
Frederick H. Godwin
Assistant United States Attorney

By: _____
Daniel P. Butler
Trial Attorney, Fraud Section

_____                 _____
JERRY W. DENNIS                                                     MICHAEL J. STENGEL ESQ
Defendant                                                                    Counsel for Defendant

3